SEYFARTH SHAW LLP
Ritika Singh (SBN 329197)
risingh@seyfarth.com
2323 Ross Avenue, Suite 1660
Dallas, Texas 75201
Telephone:  (469) 608-6763

*Counsel for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIDDY GOLDEN, an Individual, | Case No. 2:25-cv-11740-AH-SK |
| Plaintiff, | Hon. Anne Hwang |
| v. | **DEFENDANTS' OPPOSED REQUEST TO APPEAR VIA ZOOM, AT HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, CRA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, CRA DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AND EQUIFAX INFORMATION SERVICES LLC'S RULE 11 MOTION** |
| TRANSUNION, LLC, a business entity, form unknown; EXPERIAN INFORMATION SOLUTIONS INC., is a business entity, form unknown; EQUIFAX INFORMATION SERVICES, LLC., is a business entity, form unknown; and DOES 1-10, Inclusive, | |
| Defendants. | |
| | **Date: June 17, 2026** |
| | **Time: 1:30 P.M.** |
| | **Courtroom: 9c, 9th Floor** |

COMES NOW, Defendants Experian Information Solutions Inc. ("Experian"), Equifax Information Services LLC ("Equifax") and Trans Union LLC ("Trans Union")

REQUEST TO APPEAR TELEPHONICALLY OR VIA ZOOM

326054650v.1
326054650v.3

(collectively the "CRA Defendants"), by and through its undersigned counsel, and respectfully requests the Court's permission to appear to appear by Zoom, at the Hearing on Plaintiff's Motion for Summary Judgment [Dkt. 155-156], the CRA Defendants Motion for Summary Judgment [Dkt. 153], the CRA Defendants' Motion to Strike Plaintiff's Motion for Summary Judgment [Dkt. 170] and Equifax's Motion for Sanctions Pursuant to Rule 11 [Dkt. 161], scheduled for June 17, 2026, at 10:00 a.m. (the "Hearing"). In support thereof, the CRA Defendants state as follows:

1. The CRA Defendants request to attend via videoconference to reduce its fees and costs associated with traveling to appear in person, and will create an undue hardship.

2. The below-signed lead counsel for Equifax, with the requisite knowledge of the case, maintains her regular office in Dallas, Texas. The cost associated with traveling to appear in person in Los Angeles, California will be substantial.

3. The below-signed lead counsel for Trans Union, with the requisite knowledge of the case, maintains his regular office in Indianapolis, Indiana. The time and cost associated with traveling to appear in person in Los Angeles, California will be substantial.

4. The below-signed lead counsel for Experian, Thomas N. Abbott, with the requisite knowledge of the case, maintains his regular office in Portland, Oregon. The cost associated with traveling to appear in person in Los Angeles, California will be substantial.

5. Counsel for Experian, Heather C. Smith, with the requisite knowledge of the case, maintains her regular office in San Francisco, California. The cost associated with traveling to appear in person in Los Angeles, California will be substantial.

6. The CRA Defendants state that the Hearing may proceed productively with counsel for the CRA Defendants appearing by video. This has been managed by counsel for the CRA Defendants without issue in other cases and before this Court.

7. Appearing remotely will not prejudice any party nor hamper the efficient management of the Hearing.

2

REQUEST TO APPEAR TELEPHONICALLY OR VIA ZOOM

326054650v.1
326054650v.3

8.    Pursuant to LR 7-3, counsel for Equifax has conferred with counsel of record and *Pro Se* Plaintiff in this matter.  On May 27, 2026, Plaintiff stated that he does not consent to the request for remote appearance and his position is that all parties must present themselves in person. *See* Declaration of Ritika Singh, at ¶ 6.

9.    Counsel for Equifax will be available prior to and concluding the Hearing at (469) 608-6763 or risingh@seyfarth.com.

10.    Counsel for Experian will be available prior to and concluding the Hearing at 503.290.2322,           thomas.abbott@troutman.com           and 15.477.5717 heather.c.smith@troutman.com.

11.    Counsel for Trans Union will be available prior to and concluding the Hearing at (317) 497-5600, Ext. 603 or whuse@qslwm.com.

WHEREFORE, the CRA Defendants requests that counsel be permitted to participate in the Hearing on Plaintiff's Motion for Summary Judgment [Dkt. 155-156], the CRA Defendants Motion for Summary Judgment [Dkt. 153], the CRA Defendants' Motion to Strike Plaintiff's Motion for Summary Judgment [Dkt. 170] and Equifax's Motion for Sanctions Pursuant to Rule 11 [Dkt. 161] scheduled for June 17, 2026, at 1:30 p.m., via video conference, and remote appearance will not prejudice any party or delay the proceeding.

DATED: May 29, 2026                Respectfully submitted,

SEYFARTH SHAW LLP


By:  */s/ Ritika Singh*
_____
                Ritika Singh
        *Counsel for Defendant*
        *Equifax Information Services LLC*


QUILLING   SELANDER   LOWNDS WINSLETT & MOSER PC

3

326054650v.1
326054650v.3

By: /s/ William Huse

William Huse, Admitted Pro Hac Vice
*Counsel for Defendant*
Trans Union LLC

TROUTMAN PEPPER LOCKE LLP

By:/s/*Heather C. Smith*

Thomas N. Abbott
Heather C. Smith
*Attorneys for Defendant*
Experian Information Solutions Inc.

4

326054650v.1
326054650v.3

# **ATTESTATION**

Pursuant to Local Rule 5-4.3.4 (a)(2)(i), all other signatories listed, have concurred in the filing's content and authorized the filing.

Dated:          May 27, 2026                              */s/ Ritika Singh*_____

                                                                Ritika Singh
                                                                *Counsel for Defendant*
                                                                *Equifax Information Services LLC*

5

326054650v.1
326054650v.3

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2026, I presented the foregoing DEFENDANTS' OPPOSED REQUEST TO APPEAR VIA ZOOM, AT HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, CRA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, CRA DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AND EQUIFAX INFORMATION SERVICES LLC'S RULE 11 MOTION with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to *Pro Se* Plaintiff and all counsel of record.

*/s/ Ritika Singh*
Ritika Singh
*Counsel for Defendant*
*Equifax Information Services LLC*

326054650v.1
326054650v.3