TROUTMAN PEPPER LOCKE LLP
Thomas N. Abbott (SBN 245568)
thomas.abbott@troutman.com
100 S.W. Main Street, Suite 1000
Portland, OR 97204
Telephone:  503.290.2322
Facsimile:   503.290.2405

Heather C. Smith (SBN 357018)
heather.c.smith@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone:  415.477.5700
Facsimile:   415.477.5710

*Attorneys for Defendant*
Experian Information Solutions, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIDDY GOLDEN, an Individual;<br><br>Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC, a business entity form unknown; EXPERIAN INFORMATION SOLUTIONS INC. a business entity form unknown; EQUIFAX INFORMATION SERVICES, LLC, a business entity form unknown; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 2:25-cv-11740-AH-SK<br><br>(Assigned to Hon. Anne Hwang)<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF WITHDRAWAL FOR REQUEST TO APPEAR REMOTELY DKT. NO. 178**<br><br>AC Filed: February 20, 2026 |

TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CA 94111

On May 29, 2026, Equifax Information Services LLC filed Joint Request for Leave of Defendants to Appear Remotely at the June 17, 2026 hearing. In the request Counsel for Experian requested to appear remotely. Experian respectfully withdraws its request to appear remotely. Counsel for Experian will appear in person for the hearing on June 17, 2026.

No other portion of the Defendants' leave to appear remotely is affected by this change.

Dated:        May 29, 2026                    Respectfully Submitted,

TROUTMAN PEPPER LOCKE LLP


By:*/s/ Heather C. Smith*
    Thomas N. Abbott
    Heather C. Smith
    *Attorneys for Defendant*
    Experian Information Solutions Inc.

TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CA 94111

## CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to the within action. I am employed in San Francisco, California. My business address is Three Embarcadero Center, Suite 800, San Francisco, CA 94111. On May 29, 2026, I served on the interested parties to this action a true and correct copy of the following document(s), and any attachments and exhibits thereto, described as:

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. NOTICE OF MOTION FOR SANCTIONS AND MEMORANDUM IN SUPPORT**

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Chiddy Golden<br>825 S. Hill Street. #906<br>Los Angeles, CA 90014 | Telephone:<br>Email: golden7.14k@gmail.com<br><br>Pro Se Plaintiff |

I declare that I am employed in the office of the member of the bar of this court under whose direction the service was made. Executed on May 29, 2026, at San Francisco, California.

/s/ Celeste Ruan
Celeste Ruan

Troutman Pepper Locke LLP
Three Embarcadero Center, Suite 800
San Francisco, CA 94111