William M. Huse, Esq.
  (admitted *Pro Hac Vice*)
Connor L. Trapp, Esq.
  (admitted *Pro Hac Vice*)
**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone: (317) 497-5600, Ext. 603 & 606
E-Mail: whuse@qslwm.com
E-Mail: ctrapp@qslwm.com

Attorneys for Defendant
TRANS UNION LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIDDY GOLDEN, an Individual,<br><br>          Plaintiff,<br><br>v.<br><br>TRANSUNION LLC, a business entity, form unknown; EXPERIAN INFORMATION SOLUTIONS INC., is a business entity, form unknown; EQUIFAX INFORMATION SERVICES, LLC., is a business entity, form unknown; and DOES 1-10, Inclusive;<br><br>          Defendants. | Case No. 2:25-cv-11740-AH-SK<br><br>Honorable Anne Hwang<br><br>**CRA DEFENDANTS' JOINT APPLICATION TO SEAL**<br><br>Trial: August 18, 2026 |

Defendants Equifax Information Services, LLC ("Equifax"), Experian Information Solutions, Inc. ("Experian") and Trans Union LLC ("Trans Union") (collectively, "CRA Defendants"), by and through undersigned counsel, hereby file this Application to Seal Exhibit Q to the CRA Defendants' prior Application To Seal [Dkt. No. 165-12].  This Application To Seal should be granted because Exhibit Q

**CRA DEFENDANTS' JOINT APPLICATION TO SEAL**

1

was inadvertently submitted without redacting Plaintiff's personal identifying information, as required by Federal Rule of Civil Procedure 5.2. This Application is supported by the following accompanying documents:

1. Declaration of William M. Huse, Esq.;

2. A proposed order; and

3. A redacted version of Exhibit Q.

On June 2, 2026, pro se Plaintiff contacted counsel for CRA Defendants and demanded his personal identifying information appearing on Exhibit Q be sealed and that the CRA Defendants take immediate steps to do so. That same day, counsel for Trans Union responded that such an application would be filed by 5:00 PM EDT on that date.

**CRA DEFENDANTS' JOINT APPLICATION TO SEAL**

2

DATED: June 2, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Ritika Singh*
    Ritika Singh
    *Counsel for Defendant*
    *Equifax Information Services LLC*

TROUTMAN PEPPER LOCKE LLP

By: */s/ Heather C. Smith*
    Heather C. Smith
    *Attorneys for Defendant*
    Experian Information Solutions Inc.

QUILLING SELANDER LOWNDS WINSLETT & MOSER PC

By: */s/ William Huse*
    William Huse, Admitted Pro Hac Vic
    *Counsel for Defendant*
    Trans Union LLC

**CRA DEFENDANTS' JOINT APPLICATION TO SEAL**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 2, 2026, I presented the foregoing CRA DEFENDANTS'

JOINT APPLICATION TO SEAL with the Clerk of the Court using the CM/ECF

system, which will send notification of such filing to all counsel of record.


*/s/ William M. Huse*
William M. Huse
*Counsel for Defendant*
*Trans Union LLC*

**CRA DEFENDANTS' JOINT APPLICATION TO SEAL**

4

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4 (a)(2)(i), all other signatories listed, have concurred in the filing's content and authorized the filing.

Dated:        June 2, 2026

By: */s/ William M. Huse*
William M. Huse