Chiddy Golden
825 S Hill St. #906
Los Angeles, CA 90014

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CHIDDY GOLDEN, an Individual;

        Plaintiff,

        v.

TRANSUNION, LLC, a business entity, form unknown; EXPERIAN INFORMATION SOLUTIONS INC., is a business entity, form unknown; EQUIFAX INFORMATION SERVICES, LLC., is a business entity, form unknown; and DOES 1-10, Inclusive,

        Defendant(s).

Case No.: 2:25-cv-11740-AH-SK

**PLAINTIFF'S NOTICE OF LODGING OF PHYSICAL AUDIO EXHIBITS IN SUPPORT OF REPLY TO DEFENDANTS' JOINT OPPOSITION TO OMNIBUS MOTION FOR SANCTIONS**

- 1 -

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff, pro se, hereby gives notice of lodging the following physical exhibits with the Court Chambers Copy in support of Plaintiff's Reply to Defendants' Joint Opposition to the Omnibus Motion for Sanctions for Spoliation of Evidence (Fed. R. Civ. P. 37(e)(2)).

Because the Court's CM/ECF system does not accept direct uploads of audio files, Plaintiff is lodging one (1) physical USB flash drive containing the following original, unaltered digital audio recordings:

- **Exhibit 10:** Original digital audio file of Plaintiff's complete, 14-minute telephone conversation with Defendant Transunion on December 5, 2025 at approx. 5:22 PM PT.

- **Exhibit 11:** Original digital audio file of Plaintiff's complete, 71-minute telephone conversation with Defendant Experian on December 5, 2025 at approx. 2:03 PM PT.

- **Exhibit 12:** Original digital audio file of Plaintiff's complete, 29-minute telephone conversation with Defendant Equifax on December 5, 2025 at approx. 5:52 PM PT.

These audio files are submitted as direct rebuttal and impeachment evidence to contradict the affirmative, perjurious claims made by Defendants' declarants in their May 27, 2026, Dkt 174 Joint Opposition. Copies of these digital audio files have been served concurrently upon all opposing counsel via electronic download link/email attachment.

Dated: June 4, 2026                                By:/s/ Chiddy Golden

_____

Chiddy Golden

Pro Se Plaintiff

**PLAINTIFF'S NOTICE OF LODGING OF PHYSICAL AUDIO EXHIBITS IN SUPPORT OF REPLY TO DEFENDANTS' JOINT OPPOSITION TO OMNIBUS MOTION FOR SANCTIONS**