Name, Address and Telephone Number of Attorney(s):

**TROUTMAN PEPPER LOCKE LLP**
**Heather C. Smith (SBN 357018)**
**heather.c.smith@troutman.com**
**Three Embarcadero Center, Suite 800**
**San Francisco, California 94111**
**Telephone:     415.477.5700**

CLEAR FORM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHIDDY GOLDEN, an Individual,** <br><br> Plaintiff(s) <br><br> v. <br><br> **TRANSUNION, LLC; EXPERIAN INFORMATION SOLUTIONS INC; EQUIFAX INFORMATION SERVICES, LLC; and DOES 1-10, Inclusive,** <br><br> Defendant(s). | CASE NUMBER: <br><br> **2:25-cv-11740-AH-SK** <br><br><br> **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

☐  The parties stipulate that _____ may serve as the Panel Mediator in the above-captioned case. _____ has contacted
(Print Name)
the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours.  All parties and the Panel Mediator have agreed that the mediation will be held on _____ and counsel will submit mediation statements seven calendar days
(Date)
before the session.

☑  The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____**Fair Credit Reporting Act**_____

Dated: _____          **Please see Attachment A**_____

                                                            Attorney For Plaintiff _____

Dated: _____          _____

                                                            Attorney For Plaintiff _____

Dated: _____          _____

                                                            Attorney For Defendant _____

Dated: _____          _____

                                                            Attorney For Defendant _____

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events:  "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)          **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**