SEYFARTH SHAW LLP
Ritika Singh (SBN 329197)
risingh@seyfarth.com
2323 Ross Avenue, Suite 1660
Dallas, Texas 75201
Telephone: (469) 608-6763

*Counsel for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIDDY GOLDEN, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC, a business entity, form unknown; EXPERIAN INFORMATION SOLUTIONS INC., is a business entity, form unknown; EQUIFAX INFORMATION SERVICES, LLC., is a business entity, form unknown; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 2:25-cv-11740-AH-SK<br><br>Hon. Anne Hwang<br><br>**CRA DEFENDANTS' JOINT REPLY IN SUPPORT OF APPLICATION TO SEAL** |

Defendants Experian Information Solutions, Inc. ("Experian"), Equifax Information Services LLC, ("Equifax"), and Trans Union LLC ("Trans Union") (collectively the "CRA Defendants") hereby submit this Reply in Support of their Application to Seal (Dkt. No. 165; the "Application") and respectfully show the Court as follows:

Plaintiff's assertion that the CRA Defendants "demand an improper seal of everything" is false. *See* Dkt. No. 181 at p. 3. The purpose of the Application is to request that Plaintiff's personal identifying information and CRA Defendants' proprietary information be not available to the public. The CRA Defendants only request to seal exhibits which contain Plaintiff's personal identification any proprietary and confidential information pertaining to the CRA Defendants as identified in the Declaration of Ritika

CRA DEFENDANTS' JOINT REPLY IN SUPPORT OF APPLICATION TO SEAL
326449027v.1

Singh in support of the CRA Defendants' Application to Seal (Dkt. No. 166), and have not made a "blanket request" to have all exhibits in support of their Motion for Summary Judgment sealed.

For the reasons stated above, and in Defendants' Application to Seal, CRA Defendants respectfully request that this Honorable Court grant their Application and for such other relief to which CRA Defendants may be justly entitled.

DATED: June 8, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Ritika Singh
Ritika Singh
*Counsel for Defendant*
*Equifax Information Services LLC*

TROUTMAN PEPPER LOCKE LLP

By: /s/ Heather C. Smith
Heather C. Smith
*Attorneys for Defendant*
*Experian Information Solutions Inc.*

QUILLING SELANDER LOWNDS WINSLETT & MOSER PC

By: /s/ William Huse
William Huse, Admitted Pro Hac Vice
*Counsel for Defendant*
*Trans Union LLC*

2

## ATTESTATION

Pursuant to Local Rule 5-4.3.4 (a)(2)(i), all other signatories listed, have concurred in the filing's content and authorized the filing.

Dated:          June 8, 2026                          By: */s/ Ritika Singh*
                                                           Ritika Singh

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 8, 2026, I presented the foregoing CRA DEFENDANTS' JOINT REPLY IN SUPPORT OF APPLICATION TO SEAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and *pro se Plaintiff*.

*/s/ Ritika Singh*
Ritika Singh
*Counsel for Defendant*
*Equifax Information Services LLC*

CRA DEFENDANTS' JOINT REPLY IN SUPPORT OF APPLICATION TO SEAL
326449027v.1