UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIDDY GOLDEN, an Individual,<br><br>  Plaintiff,<br><br>  v.<br><br>TRANSUNION, LLC, a business entity, form unknown; EXPERIAN INFORMATION SOLUTIONS INC., is a business entity, form unknown; EQUIFAX INFORMATION SERVICES, LLC., is a business entity, form unknown; and DOES 1-10, Inclusive,<br><br>  Defendants. | Case No. 2:25-cv-11740-AH-SKx<br><br>Honorable Anne Hwang<br><br>**ORDER GRANTING CRA DEFENDANTS' APPLICATION TO SEAL (Dkt. No. 165)** |

This Court, having considered Defendants TransUnion, LLC, Experian Information Solutions, Inc., and Equifax Information Services LLC's (collectively, the "CRA Defendants") Application to Seal certain documents finds that the Motion is well taken and should in all respects be GRANTED in its entirety.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the CRA Defendants' Application to Seal be GRANTED.

DATED this 15th day of JUNE, 2026



HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE

---