# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CHIDDY GOLDEN, an Individual,

Plaintiff,

v.

TRANSUNION LLC, a business entity, form unknown; EXPERIAN INFORMATION SOLUTIONS INC., is a business entity, form unknown; EQUIFAX INFORMATION SERVICES, LLC., is a business entity, form unknown; and DOES 1-10, Inclusive;

Defendants.

Case No. 2:25-cv-11740-AH-SKx

Honorable Anne Hwang

**ORDER GRANTING CRA DEFENDANTS' APPLICATION TO SEAL  [183]**

This Court, having considered Defendants Equifax Information Services, LLC, Experian Information Solutions, Inc. and Trans Union LLC's (collectively "CRA Defendants") Application to Seal Exhibit Q to a prior Application to Seal [Dkt. No. 165-12] finds the Application is well taken and should in all respects by GRANTED in its entirety.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the CRA Defendants' Application to Seal Dkt. No. 165-12 by GRANTED.

Dated this 15TH day of JUNE, 2026.

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING CRA DEFENDANTS' APPLICATION TO SEAL**

1