Chiddy Golden
825 S Hill St. #906
Los Angeles, CA 90014

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CHIDDY GOLDEN, an Individual;

        Plaintiff,

        v.

TRANSUNION, LLC, a business entity, form unknown; EXPERIAN INFORMATION SOLUTIONS INC., is a business entity, form unknown; EQUIFAX INFORMATION SERVICES, LLC., is a business entity, form unknown; and DOES 1-10, Inclusive,

        Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:25-cv-11740-AH-SK

**NOTICE OF WITHDRAWAL OF REQUEST FOR LESSER SANCTIONS AND SUBMISSION OF AMENDED PROPOSED ORDER SEEKING RULE 37(E)(2)(C) REGARDING PLAINTIFF'S OMNIBUS MOTION FOR SANCTIONS FOR SPOLIATION [Dkt 151]**

- 1 -

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff, pro se, hereby formally withdraws any prior request for a lesser sanction, including any request for an adverse inference, regarding Plaintiff's Omnibus Motion for Sanctions for Spoliation of Evidence under Rule 37(e)(2)(C) (Dkt 151).

Plaintiff restricts the prayer for relief entirely and exclusively to the mandatory terminating sanctions authorized under Federal Rule of Civil Procedure 37(e)(2)(C). Because the factual record unequivocally demonstrates that Defendants acted with the specific intent to deprive Plaintiff of the Electronically Stored Information (ESI) and subsequently engaged in demonstrable perjury to cover up this spoliation, a lesser sanction cannot cure the prejudice. Therefore, Plaintiff strictly seeks an order to "dismiss the action or enter a default judgment" against Defendants pursuant to the verbatim text of Federal Rule of Civil Procedure 37(e)(2)(C).

**PLEASE TAKE FURTHER NOTICE** that if the Court declines to grant the mandatory terminating sanctions required by Federal Rule of Civil Procedure 37(e)(2)(C), Plaintiff formally requests that the Court certify its order Pursuant to 28 U.S.C. § 1292(b) for immediate appeal to the United States Court of Appeals for the Ninth Circuit.

Attached hereto is Plaintiff's Amended [Proposed] Order reflecting this exclusive prayer for relief and alternative certification.

Dated: June 15, 2026

By:/s/ Chiddy Golden

_____

Chiddy Golden
Pro Se Plaintiff

- 2 -

NOTICE OF WITHDRAWAL OF REQUEST FOR LESSER SANCTIONS AND SUBMISSION OF AMENDED PROPOSED ORDER SEEKING RULE 37(E)(2)(C) REGARDING PLAINTIFF'S OMNIBUS MOTION FOR SANCTIONS FOR SPOLIATION [Dkt 151]