UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 25-11740-AH(SKx)** | Date | JUNE 17, 2026 |
|---|---|---|---|
| Title | Chiddy Golden v. Transunion, LLC et al | | |

Present: The Honorable   ANNE HWANG, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | COURT SMART |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Chiddy Golden, In Pro Per | Heather C. Smith |
| | Thomas Abbott |
| | Caitlin Oswald |
| | Myra Feagin |
| | Ritika Singh |

**Proceedings:   HEARING RE: VARIOUS MOTIONS**

The case is called and counsel state their appearances.  The Court and counsel confer.

Following discussion with the parties, the Court advises counsel that the Plaintiff's motion for summary judgment **[153] [156]**, are hereby taken under submission.  A written order will issue.

The Court makes oral rulings for the reasons stated on the record as to the following motions:

Plaintiff's motion for leave to file supplemental exhibits in support of motion for summary judgment **[171]**,  is granted.

Plaintiff's motion for review of (Dkt 158) Magistrate Judge MAY 14, 2026 Order denying Plaintiff's motions (Dkt 116, Dkt 132, Dkt 133, Dkt 140, Dkt 145, Dkt 146) , etc., **[160],** is denied.

Plaintiff's motion for review of Magistrate Judges Order Regarding Protective Order, fld 4-8-26 **[93],**  is denied.
Plaintiff's motion  for sanctions against all Defendants Pursuant to Federal Rule of Civil Procedure 37(e) and the Courts Inherent Authority. Plaintiffs Omnibus Motion for Sanctions for Spoliation of ESI against all Defendants Pursuant to FRCP 37(e),  **[151]**,  is denied.

Defendant's motion for sanctions against Plaintiff, Notice of motion and motion for attorney fees, **[161]**, is denied.

Plaintiff's Ex Parte application to Strike Notice of motion and motion for Summary Judgment as to Plaintiff Chiddy Golden and claims in the First Amended Complaint **153** due to unredacted document from the docket and to seal exposed personally identifiable information **[163]**, is denied.

Plaintiff's motion to disqualify Magistrate Judge Steve Kim, [**167**],  is denied.

Defendant's Motion to Strike Plaintiff's Motion for Summary, fld 5-21-26 **[170],**  is denied as moot.

Plaintiff's ex parte application to shorten time **[192]**,  is denied as moot.

Motion to stay pending trial and trial filings deadlines pending the filing of and ruling on Equifax's motion for sanctions and Attorney's Fees pursuant to Rule 11, **[193]**, is denied as moot.

Plaintiff's motion for Review of Dkt 94 Magistrate Order De Novo Review **[98]**,  is denied.


IT IS SO ORDERED.


cc: all parties

1: 07

---