# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CHIDDY GOLDEN,

                Plaintiff,

v.

TRANSUNION, LLC; EXPERIAN INFORMATION SOLUTIONS INC.; EQUIFAX INFORMATION SERVICES, LLC,

                Defendants.

Case No. 2:25-cv-11740-AH-SKx

**FINAL JUDGMENT   [JS-6]**

The Court, having considered the papers and all other matters presented and accepted by the Court, GRANTED Defendants Experian Information Solutions, Inc.; Equifax Information Services LLC; and TransUnion LLC's (collectively, "Defendants") Motion for Summary Judgment based on its finding that were no triable issues of material fact as to the causes of action alleged by Plaintiff Chiddy Golden ("Plaintiff") against Defendants, as outlined in the Court's Order.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Defendants' Motion for Summary Judgment is GRANTED.

2. Plaintiff shall take nothing on its Complaint against Defendants.

3.  Judgment is hereby entered in favor of Defendants and against Plaintiff.

This is a final judgment.

Dated:  June 18, 2026

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE