Chiddy Golden
825 S Hill St. #906
Los Angeles, CA 90014

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CHIDDY GOLDEN, an Individual;

        Plaintiff,

      v.

TRANSUNION, LLC, a business entity, form unknown; EXPERIAN INFORMATION SOLUTIONS INC., is a business entity, form unknown; EQUIFAX INFORMATION SERVICES, LLC., is a business entity, form unknown; and DOES 1-10, Inclusive,

        Defendant(s).

Case No.: 2:25-cv-11740-AH-SK

**NOTICE OF APPEAL**

- 1 -

**NOTICE OF APPEAL**

**TO THE COURT, THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Chiddy Golden, Plaintiff pro se in the above-captioned matter, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on June 18, 2026 Dkt 209, Dkt 210, and all adverse interlocutory orders that merge into that final judgment.

The orders being appealed include, but are not limited to:

1. The Order granting Defendants' Motion for Summary Judgment and disposing of the entirety of Plaintiff's claims;

2. The Order disregarding, striking, or denying Plaintiff's Motion for Summary Judgment;

3. The Order denying Plaintiff's Omnibus Motion for Sanctions for Spoliation of Evidence under Federal Rule of Civil Procedure 37(e)(2)(C);

4. The Order(s) denying Plaintiff's Motions for Review of the Magistrate Judge's decisions and affirming the Magistrate Judge's findings.

Dated: June 18, 2026                              By:/s/ Chiddy Golden

                                                  _____

                                                  Chiddy Golden
                                                  Pro Se Plaintiff

- 2 -

**NOTICE OF APPEAL**