Chiddy Golden
825 S Hill St. #906
Los Angeles, CA 90014

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIDDY GOLDEN, an Individual;<br><br>                     Plaintiff,<br><br>          v.<br><br>TRANSUNION, LLC, a business entity, form unknown; EXPERIAN INFORMATION SOLUTIONS INC., is a business entity, form unknown; EQUIFAX INFORMATION SERVICES, LLC., is a business entity, form unknown; and DOES 1-10, Inclusive,<br><br>                     Defendant(s). | Case No.: 2:25-cv-11740-AH-SK<br><br>**PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL AND FOR TRANSCRIPTS PURSUANT TO 28 U.S.C. § 753(f)** |

- 1 -

**PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL AND FOR TRANSCRIPTS PURSUANT TO 28 U.S.C. § 753(f)**

**PLEASE TAKE NOTICE** that Plaintiff, pro se, hereby moves this Court for an Order granting Plaintiff leave to proceed In Forma Pauperis on appeal to the United States Court of Appeals for the Ninth Circuit, and for an Order directing the preparation of the reporter's transcripts for all proceedings had in this Court for this case at the expense of the United States.

This motion is made pursuant to Federal Rule of Appellate Procedure 24(a), 28 U.S.C. § 1915, and 28 U.S.C. § 753(f), and is fully supported by the attached Form A-018 (Motion and Affidavit for Leave to Appeal In Forma Pauperis).

**I. REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL**

Under Federal Rule of Appellate Procedure 24(a)(3), "A party who was permitted to proceed in forma pauperis in the district-court action... may proceed on appeal in forma pauperis without further authorization."

The United States Court of Appeals for the Ninth Circuit has already evaluated Plaintiff's financial status and granted Plaintiff In Forma Pauperis status for the ongoing interlocutory appeal in this exact litigation (Ninth Cir. Case No. 25-8080). Furthermore, Plaintiff's financial situation has not improved, but has worsened since the Ninth Circuit's prior grant of In Forma Pauperis status.

Therefore, pursuant to the explicit authority of Federal Rule of Appellate Procedure 24(a)(3) and the attached Form A-018 sworn affidavit demonstrating worsening financial indigency, Plaintiff is eligible to proceed In Forma Pauperis on this final appeal without the assessment of docketing fees.

**II. REQUEST FOR TRANSCRIPTS AT GOVERNMENT EXPENSE**

Because Plaintiff satisfies the financial requirements to proceed In Forma Pauperis, and because the appeal presents substantial questions of law or procedure, Plaintiff therefore under 28 U.S.C. § 753(f) requests the transcripts for all proceedings had in this Court for this case which also include the hearings held on February 11, 2026, February 26, 2026, and June 17, 2026. These transcripts are strictly necessary to

**PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL AND FOR TRANSCRIPTS PURSUANT TO 28 U.S.C. § 753(f)**

present the Ninth Circuit Court of Appeals with the complete oral record of the District Court's rulings on discovery, spoliation, and summary judgment.

To satisfy the statutory requirement demonstrating that this appeal is not frivolous and presents substantial questions of law, Plaintiff incorporates by reference the issues enumerated on the attached Form A-018. Plaintiff has explicitly indicated the request for transcripts under 28 U.S.C. § 753(f) and 28 U.S.C. § 1915 on the face of the form.

**III. CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests the Court enter an order allowing Plaintiff to proceed In Forma Pauperis on appeal consistent with the Ninth Circuits' prior ruling, and the preparation of transcripts pursuant to 28 U.S.C. § 753(f).

Dated: June 18, 2026                          By:/s/ Chiddy Golden

                                              _____

                                              Chiddy Golden
                                              Pro Se Plaintiff

**PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL AND FOR TRANSCRIPTS PURSUANT TO 28 U.S.C. § 753(f)**