# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHIDDY GOLDEN, | | CASE NUMBER |
| | Plaintiff(s) | 2:25-cv-11740-AH-SKx |
| v. | | |
| TRANSUNION, LLC ET AL, | | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [213]** |
| | Defendant(s). | |

☒ The Court hereby orders that the request of:
Experian Information Solutions, Inc.     ☐Plaintiff ☒Defendant ☐Other _____
                                          Name of Party

  ☒ to substitute   Caitlin Sloane Oswald _____ who is
  ☒ Retained Counsel ☐Counsel appointed by the Court (Criminal cases only) ☐Pro Se

  2049 Century Park East, Suite 3400
                 Street Address

  Los Angeles, CA 90067                     csoswald@venable.com
     City, State, Zip                         E-Mail Address

  310-229-9900              310-229-9901              330974
  Telephone Number           Fax Number           State Bar Number

As attorney of record instead of    Thomas N. Abbott; Heather C. Smith
                                     List **all** attorneys from same firm or agency who are withdrawing.

_____

**Is hereby ☒ GRANTED ☐ DENIED**

☒ The Court hereby orders that the request of:    Thomas N. Abbott; Heather C. Smith
                                                   List **all** attorneys from same firm or agency who are withdrawing.

_____

to withdraw as attorney of record for    _____

**Is hereby ☒ GRANTED ☐ DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated:  JUNE 26, 2026          _____
                               U.S. District Judge/U.S. Magistrate Judge

G-01 Order (02/24)          ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY          Page 1 of 1